Russell W. Borrowdale, Appellant, v. Benjamin Sugarman, Trading as Consolidated Photo Engravers Equipment Company and Consolidated Photo Engravers Equipment Company, an Illinois Corporation, Appellees.

Gen. No. 46,320. 

First District, Third Division.

December 15, 1954.

Rehearing denied January 5, 1955.

Released for publication February 17, 1955.

Opinion by JUSTICE LEWE. Not to be published in full.